IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ECKA Granules of America LLC, ) | |
| ) | C/A No. 5:16-cv-00929-JMC |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MEMC Electronic Materials, Inc., ) | |
| MEMC Pasadena, Inc., SunEdison Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court having been advised that Defendants MEMC Electronic Materials, Inc., MEMC Pasadena, Inc., and SunEdison Inc. have filed for protection under Bankruptcy Code (ECF No. 12), it is ORDERED that the proceedings in the above captioned action be, and they are hereby, statistically stayed pending conclusion of the proceedings in the United States Bankruptcy Court for the Southern District of New York. Defendants are directed to file a status report with the court every three (3) months from the entry date of this order.

**IT IS SO ORDERED.**

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

Columbia, South Carolina

April 25, 2016